DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STONE v. STONE

No. 39P90

Case below: 96 N.C.App. 633

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 13 June 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## TOWN OF ATLANTIC BEACH v. TRADEWINDS CAMPGROUND

No. 179P90

Case below: 97 N.C.App. 655

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## VANDIFORD v. N.C. DEPT. OF CORRECTION

No. 173P90

Case below: 97 N.C.App. 640

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## WARD v. THE DAILY REFLECTOR

No. 168P90

Case below: 97 N.C.App. 668

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 13 June 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.